# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CTSO | E 2144197 | Magdycz | 5429 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒FR ☐USC ☐State Code |
|---|---|
| 07/17/2024 0941 | 38CFR 1.218(b)26 |

**Place of Offense:** Lot 7

**Offense Description; Factual Basis for Charge:** Parking in no parking areas, lanes, or crosswalks so posted or marked by yellow stripes

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Nur | Faride | M |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| BG 47501 | CT | 14 | Mazda CX9 | | Gray |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 55 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to sign

Original - CVB Copy

*E2144197*

CVB SCAN 07/23/2024 13:2

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/17, 20 24 while exercising my duties as a law enforcement officer in the 50th District of CT

I, Officer Kevin Magdycz of the above Department of Veterans Affairs Police, did observe the described vehicle parked unattended in a no parking area posted as no parking and marked with yellow no parking lines.

In violation of 38 CFR 1.218(b) 26.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/17/2024   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/23/2024 13:2